AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 16-00008

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NENITA V. MARQUEZ DBA NVM ENTEPRISES

was received by me on *(date)* 5/12/16 .

☒ I personally served the summons on the individual at *(place)* AT HER RESIDENCE IN CHALAN KIYA NEAR HBR INTERNATIONAL on *(date)* 5/12/16 ; or 6:50 p.m.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.00 for travel and $ 25.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: 5/12/16

*Server's signature*

RAINALDO S. AGULTO    PROCESS SERVER
*Printed name and title*

P.O. BOX 5340 CHRB SAIPAN MP 96950
*Server's address*

Additional information regarding attempted service, etc:

Also served copy of: - Complaint
- Aqua's Answer
- Third-Party Complaint

AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | |
|---|---|
| Feloteo V. Ranada<br>*Plaintiff*<br>v.<br>Ken Aqua Hotel & Resort, Inc. dba Aqua Resort<br>*Defendant, Third-party plaintiff*<br>v.<br>Nenita V. Marquez dba NMV Enterprises<br>*Third-party defendant* | )<br>)<br>)  Civil Action No. 16-00008<br>)<br>)<br>)<br>)<br>) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Nenita V. Marquez dba NVM Enterprises
PMB 851 Box 100001
Saipan, MP 96950

    A lawsuit has been filed against defendant  Ken Aqua Hotel & Resort , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Feloteo V. Ranada .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

    O'Connor Berman Dotts & Banes
    2nd Floor, Marianas Business Plaza
    P.O. Box 501969
    Saipan, MP 96950

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeanne H. Rayphand/Northern Marianas Protection & Advocacy Systems, Inc.
P.O.Box 503529
Saipan, MP 96950

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:  MAY 0 3 2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*