**IN THE DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

FELOTEO V. RANADA,                    )   **Civil Action No. 16-00008**
                                      )
      **Plaintiff,**                    )
                                      )
      **vs.**                          )
                                      )   **DISMISSAL OF COMPLAINT AND**
                                      )   **THIRD PARTY COMPLAINT, WITH**
KEN AQUA HOTEL AND RESORT, INC. )   **PREJUDICE; ORDER**
*dba* AQUA RESORT HOTEL SAIPAN,       )
                                      )
      **Defendant.**                    )
                                      )

COMES NOW the Plaintiff Feloteo V. Ranada and the Defendant and Third-Party Plaintiff KEN AQUA HOTEL AND RESORT, INC., dba AQUA RESORT HOTEL SAIPAN, ("Aqua Resort") to agree and stipulate to dismiss with prejudice both the Complaint and the Third Party Complaint herein.

SO STIPULATED AND AGREED.

Dated: June 1, 2016

_____
Robert J. O'Connor
Attorney for Aqua Resort
Defendant and Third Party Plaintiff

_____
Jeanne Rayphand
Attorney for Feloteo V. Ranada
Plaintiff