# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **FELOTEO V. RANADA,** )<br>)<br>    **Plaintiff,** )<br>)<br>    vs. )<br>)<br>)<br>**KEN AQUA HOTEL AND RESORT, INC.** )<br>*dba* **AQUA RESORT HOTEL SAIPAN,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 16-00008<br><br><br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

   Pursuant to the parties' stipulation and Fed.R.Civ.P. 41(a), and good cause appearing, both the Complaint and the Third Party Complaint in the above- entitled action are hereby dismissed with prejudice.  The Clerk is ordered to close this case.

Dated June 14, 2016

_____

Hon. Ramona V. Manglona
Chief Judge